UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                             No. C 13-3982 SI (pr)

SAMUEL KENNETH PORTER,          **ORDER OF DISMISSAL**

      Plaintiff.
_____/

    This *pro se* civil action was opened when plaintiff filed a pleading on August 27, 2013 complaining about prison conditions at Corcoran State Prison. On that date, the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within twenty-eight days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. For the foregoing reasons, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: January 24, 2014

                                                      _____
                                                        SUSAN ILLSTON
                                                United States District Judge