UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                     No. C 13-3982 SI (pr)

SAMUEL KENNETH PORTER,          **JUDGMENT**

      Plaintiff.

_____/

      This action is dismissed without prejudice because plaintiff failed to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED

Dated: January 24, 2014             _____
                                                      SUSAN ILLSTON
                                            United States District Judge